Outlook

**转发: Overdue payment (Urgent!!!)**

**From** nelson.zhang@carflex.cn <nelson.zhang@carflex.cn>
**Date** Tue 9/23/2025 4:36 AM
**To** 'Kevin Wang' <kevin.wang@carflex.cn>; 'Eddie Lee' <eddie.lee@carflex.cn>

FYI

Best Regards

**Nelson Zhang|VP|Qingdao Carflex Auto Parts Co., Ltd.**
10 Dazhonger Road, Jimo, Qingdao 266200 China.
Tel: +86- 532 – 85581111-111
Mob: +86 18678912350
Website: http://www.carflex.cn



**发件人:** sophia.hu [mailto:sophia.hu@carflex.cn]
**发送时间:** 2025年8月29日 9:21
**收件人:** 'Chung Lee'; 'Wang, Fiona'; 'APBPIUS'; 'David Uresti'
**抄送:** '张世达'; '李金星'; 'Yishell Gomez'; 'Zhong, West 仲钊全'; 'R Jyothsna'; 'Patricio Lopez'; '王晓霞'; '张世阳'
**主题:** RE: Overdue payment (Urgent!!!)

Hi Chung,

Good day. Well received the amount $222,139.25 today, please help to provide the invoice breakdown.

Kindly chase your finance department arrange the payment for the Installment2 & Installment3 as soon as possible, thank you.

> In full satisfaction of the Invoices, BPI & Centric agree to pay the sum of $2,052,688.56 (the "**Amount Due**") in installments (each, an "**Installment**") pursuant to the payment schedule set forth below:
>
> Installment 1: $762,176.76 on or before August 8, 2025;
>
> **Installment 2: $705636.79 on or before August 15, 2025;**
>
> **Installment 3: $362,735.76 on or before August 22, 2025; and**
>
> Installment 4: $222,139.25 on or before August 29, 2025;

**Sophia Hu|Sales Assistant|Qingdao Carflex Auto Parts Co., Ltd.**
10 Dazhonger Road, Jimo, Qingdao, 266200, China.
Tel: +86-532-85581111-204
Mob: +86 15610568798
Website: http://www.carflex.cn



**From:** sophia.hu [mailto:sophia.hu@carflex.cn]
**Sent:** Tuesday, August 26, 2025 8:28 AM
**To:** 'Chung Lee' <Chung.Lee@firstbrandsgroup.com>; 'Wang, Fiona' <fiona.wang@brakepartsinc.com>; 'APBPIUS' <apbpius@firstbrandsgroup.com>; 'David Uresti' <david.uresti@trico-group.com>
**Cc:** '张世达' <nicholas.cheung@carflex.cn>; '李金星' <wilson.li@carflex.cn>; 'Yishell Gomez' <yishell.gomez@firstbrandsgroup.com>; 'Zhong, West 仲钊全' <west.zhong@brakepartsinc.com>; 'R Jyothsna' <R.Jyothsna@brakepartsinc.com>; 'Patricio Lopez' <rogeliop.lopez@firstbrandsgroup.com>; '王晓霞'

<taurus.wang@carflex.cn>; '张世阳' <nelson.zhang@carflex.cn>
**Subject:** RE: Overdue payment (Urgent!!!)

Hi Chung,

Good day. We still have not received any payment today, we will on hold the shipment until received all overdue payment. Kindly double check with your finance department and make sure the Installment 2 & Installment 3 could be paid within this week. It's very import to us, thank you.

> In full satisfaction of the Invoices, BPI & Centric agree to pay the sum of $2,052,688.56 (the "**Amount Due**") in installments (each, an "**Installment**") pursuant to the payment schedule set forth below:
>
> Installment 1: $762,176.76 on or before August 8, 2025;
>
> **Installment 2: $705636.79 on or before August 15, 2025;**
>
> **Installment 3: $362,735.76 on or before August 22, 2025; and**
>
> Installment 4: $222,139.25 on or before August 29, 2025;

**Sophia Hu|Sales Assistant|Qingdao Carflex Auto Parts Co., Ltd.**
10 Dazhonger Road, Jimo, Qingdao, 266200, China.
Tel: +86-532-85581111-204
Mob: +86 15610568398
Website: http://www.carflex.cn



**From:** Chung Lee [mailto:Chung.Lee@firstbrandsgroup.com]
**Sent:** Friday, August 22, 2025 4:02 PM
**To:** sophia.hu <sophia.hu@carflex.cn>; Wang, Fiona <fiona.wang@brakepartsinc.com>; APBPIUS <apbpius@firstbrandsgroup.com>; David Uresti <david.uresti@trico-group.com>
**Cc:** '张世达' <nicholas.cheung@carflex.cn>; '李金星' <wilson.li@carflex.cn>; Yishell Gomez <yishell.gomez@firstbrandsgroup.com>; Zhong, West 仲钊全 <west.zhong@brakepartsinc.com>; R Jyothsna <R.Jyothsna@brakepartsinc.com>; Patricio Lopez <rogeliop.lopez@firstbrandsgroup.com>; '王晓霞' <taurus.wang@carflex.cn>; '张世阳' <nelson.zhang@carflex.cn>
**Subject:** RE: ETA UPDATE CARFLEX TO MDC

Hi Sophia
Still not info form finance , will continue to ask for status , update you as soon as I have info

Chung

**From:** sophia.hu <sophia.hu@carflex.cn>
**Sent:** Thursday, August 21, 2025 6:54 PM
**To:** Chung Lee <Chung.Lee@firstbrandsgroup.com>; Wang, Fiona <fiona.wang@brakepartsinc.com>; APBPIUS <apbpius@firstbrandsgroup.com>; David Uresti <david.uresti@trico-group.com>
**Cc:** '张世达' <nicholas.cheung@carflex.cn>; '李金星' <wilson.li@carflex.cn>; Yishell Gomez <yishell.gomez@firstbrandsgroup.com>; Zhong, West 仲钊全 <west.zhong@brakepartsinc.com>; R Jyothsna <R.Jyothsna@brakepartsinc.com>; Patricio Lopez <rogeliop.lopez@firstbrandsgroup.com>; '王晓霞' <taurus.wang@carflex.cn>; '张世阳' <nelson.zhang@carflex.cn>
**Subject:** RE: ETA UPDATE CARFLEX TO MDC

Hi Chung,

Any news about the payment? Looking forward to your early reply. Thank you.

**Sophia Hu|Sales Assistant|Qingdao Carflex Auto Parts Co., Ltd.**
10 Dazhonger Road, Jimo, Qingdao, 266200, China.
Tel: +86-532-85581111-204
Mob: +86 15610568398

Website: http://www.carflex.cn

![CARFLEX logo]

**From:** Chung Lee [mailto:Chung.Lee@firstbrandsgroup.com]
**Sent:** Wednesday, August 20, 2025 12:13 PM
**To:** sophia.hu <sophia.hu@carflex.cn>; Wang, Fiona <fiona.wang@brakepartsinc.com>; APBPIUS <apbpius@firstbrandsgroup.com>; David Uresti <david.uresti@trico-group.com>
**Cc:** '张世达' <nicholas.cheung@carflex.cn>; '李金星' <wilson.li@carflex.cn>; Yishell Gomez <yishell.gomez@firstbrandsgroup.com>; Zhong, West 仲钊全 <west.zhong@brakepartsinc.com>; R Jyothsna <R.Jyothsna@brakepartsinc.com>; Patricio Lopez <rogeliop.lopez@firstbrandsgroup.com>; '王晓霞' <taurus.wang@carflex.cn>; '张世阳' <nelson.zhang@carflex.cn>
**Subject:** Re: ETA UPDATE CARFLEX TO MDC

Hi Sophia
Will check again tomorrow with finance . As soon as I have info will update you and team

Chung

Get Outlook for iOS

---

**From:** sophia.hu <sophia.hu@carflex.cn>
**Sent:** Tuesday, August 19, 2025 8:39 PM
**To:** Chung Lee <Chung.Lee@firstbrandsgroup.com>; Wang, Fiona <fiona.wang@brakepartsinc.com>; APBPIUS <apbpius@firstbrandsgroup.com>; David Uresti <david.uresti@trico-group.com>
**Cc:** '张世达' <nicholas.cheung@carflex.cn>; '李金星' <wilson.li@carflex.cn>; Yishell Gomez <yishell.gomez@firstbrandsgroup.com>; Zhong, West 仲钊全 <west.zhong@brakepartsinc.com>; R Jyothsna <R.Jyothsna@brakepartsinc.com>; Patricio Lopez <rogeliop.lopez@firstbrandsgroup.com>; '王晓霞' <taurus.wang@carflex.cn>; '张世阳' <nelson.zhang@carflex.cn>
**Subject:** RE: ETA UPDATE CARFLEX TO MDC

Hi Chung,

Good day. Any news about the payment? Our finance department chase me about the status of installment2 $705,636.79 every day, it's very urgent, looking forward to your early reply. Thank you.

Sophia Hu|Sales Assistant|Qingdao Carflex Auto Parts Co., Ltd.
10 Dazhonger Road, Jimo, Qingdao, 266200, China.
Tel: +86-532-85581111-204
Mob: +86 15610568398
Website: http://www.carflex.cn

![CARFLEX logo]

**From:** Chung Lee [mailto:Chung.Lee@firstbrandsgroup.com]
**Sent:** Tuesday, August 19, 2025 11:54 AM
**To:** sophia.hu <sophia.hu@carflex.cn>; Wang, Fiona <fiona.wang@brakepartsinc.com>; APBPIUS <apbpius@firstbrandsgroup.com>; David Uresti <david.uresti@trico-group.com>
**Cc:** '张世达' <nicholas.cheung@carflex.cn>; '李金星' <wilson.li@carflex.cn>; Yishell Gomez <yishell.gomez@firstbrandsgroup.com>; Zhong, West 仲钊全 <west.zhong@brakepartsinc.com>; R Jyothsna <R.Jyothsna@brakepartsinc.com>; Patricio Lopez <rogeliop.lopez@firstbrandsgroup.com>; '王晓霞' <taurus.wang@carflex.cn>; '张世阳' <nelson.zhang@carflex.cn>
**Subject:** Re: ETA UPDATE CARFLEX TO MDC

Hi Sophia
We have inform finance , waiting for release status confirmation.  Once available will update you and team

Chung

Get Outlook for iOS

---

**From:** sophia.hu <sophia.hu@carflex.cn>
**Sent:** Monday, August 18, 2025 5:23 PM
**To:** Chung Lee <Chung.Lee@firstbrandsgroup.com>; Wang, Fiona <fiona.wang@brakepartsinc.com>; APBPIUS <apbpius@firstbrandsgroup.com>; David Uresti <david.uresti@trico-group.com>
**Cc:** '张世达' <nicholas.cheung@carflex.cn>; '李金星' <wilson.li@carflex.cn>; Yishell Gomez <yishell.gomez@firstbrandsgroup.com>; Zhong, West 仲钊全 <west.zhong@brakepartsinc.com>; R Jyothsna <R.Jyothsna@brakepartsinc.com>; Patricio Lopez <rogeliop.lopez@firstbrandsgroup.com>; '王晓霞' <taurus.wang@carflex.cn>; '张世阳' <nelson.zhang@carflex.cn>
**Subject:** RE: ETA UPDATE CARFLEX TO MDC

Hi Chung,

Good day. We have not received the installment2 $705,636.79 as expected today, kindly help to check with your finance department and help to chase them arrange the payment as soon as possible, thank you.

In full satisfaction of the Invoices, BPI & Centric agree to pay the sum of $2,052,688.56 (the "**Amount Due**") in installments (each, an "**Installment**") pursuant to the payment schedule set forth below:

Installment 1: $762,176.76 on or before August 8, 2025;

**Installment 2: $705636.79 on or before August 15, 2025;**

Installment 3: $362,735.76 on or before August 22, 2025; and

Installment 4: $222,139.25 on or before August 29, 2025;

**Sophia Hu|Sales Assistant|Qingdao Carflex Auto Parts Co., Ltd.**
10 Dazhonger Road, Jimo, Qingdao, 266200, China.
Tel: +86-532-85581111-204
Mob: +86 15610568398
Website: http://www.carflex.cn



**From:** sophia.hu [mailto:sophia.hu@carflex.cn]
**Sent:** Monday, August 18, 2025 8:22 AM
**To:** 'Chung Lee' <Chung.Lee@firstbrandsgroup.com>; 'Wang, Fiona' <fiona.wang@brakepartsinc.com>; 'APBPIUS' <apbpius@firstbrandsgroup.com>; 'David Uresti' <david.uresti@trico-group.com>
**Cc:** '张世达' <nicholas.cheung@carflex.cn>; '李金星' <wilson.li@carflex.cn>; 'Yishell Gomez' <yishell.gomez@firstbrandsgroup.com>; 'Zhong, West 仲钊全' <west.zhong@brakepartsinc.com>; 'R Jyothsna' <R.Jyothsna@brakepartsinc.com>; 'Patricio Lopez' <rogeliop.lopez@firstbrandsgroup.com>; '王晓霞' <taurus.wang@carflex.cn>; '张世阳' <nelson.zhang@carflex.cn>
**Subject:** RE: ETA UPDATE CARFLEX TO MDC

Hi Chung,

Good day. Please see attached invoices for your reference, if any query, please feel free to advise.

**Sophia Hu|Sales Assistant|Qingdao Carflex Auto Parts Co., Ltd.**
10 Dazhonger Road, Jimo, Qingdao, 266200, China.
Tel: +86-532-85581111-204
Mob: +86 15610568398
Website: http://www.carflex.cn



**From:** Chung Lee [mailto:Chung.Lee@firstbrandsgroup.com]
**Sent:** Friday, August 15, 2025 9:56 PM
**To:** sophia.hu <sophia.hu@carflex.cn>; Wang, Fiona <fiona.wang@brakepartsinc.com>; APBPIUS <apbpius@firstbrandsgroup.com>; David Uresti <david.uresti@trico-group.com>
**Cc:** '张世达' <nicholas.cheung@carflex.cn>; '李金星' <wilson.li@carflex.cn>; Yishell Gomez <yishell.gomez@firstbrandsgroup.com>; Zhong, West 仲钊全 <west.zhong@brakepartsinc.com>; R Jyothsna <R.Jyothsna@brakepartsinc.com>; Patricio Lopez <rogeliop.lopez@firstbrandsgroup.com>; '王晓霞' <taurus.wang@carflex.cn>; '张世阳' <nelson.zhang@carflex.cn>
**Subject:** RE: ETA UPDATE CARFLEX TO MDC

Hi Sophia
Will check in with finance team on the pay plan release for the Aug 15 release . also AP noted also need the below invoices , please help forward to AP team . thank you

- 2501-250401005-12
- 2501-250326004-1
- 2501-250326004-10
- 2501-250326004-11
- 2501-250326004-12
- 2501-250326004-13
- 2501-250326004-14
- 2501-250326004-4
- 2501-250326004-5
- 2501-250326004-55
- 2501-250326004-6

- 2501-250326004-7
- 2501-250326004-8
- 2501-250326004-9

Chung


**From:** sophia.hu <sophia.hu@carflex.cn>
**Sent:** Friday, August 15, 2025 1:40 AM
**To:** Chung Lee <Chung.Lee@firstbrandsgroup.com>; Wang, Fiona <fiona.wang@brakepartsinc.com>
**Cc:** '张世达' <nicholas.cheung@carflex.cn>; '李金星' <wilson.li@carflex.cn>; Yishell Gomez <yishell.gomez@firstbrandsgroup.com>; Zhong, West 仲钊全 <west.zhong@brakepartsinc.com>; R Jyothsna <R.Jyothsna@brakepartsinc.com>; Patricio Lopez <rogeliop.lopez@firstbrandsgroup.com>; '王晓霞' <taurus.wang@carflex.cn>; '张世阳' <nelson.zhang@carflex.cn>
**Subject:** RE: ETA UPDATE CARFLEX TO MDC


Hi Chung,

Thank you very much. Please provide the bank slip and the invoice breakdown of the Installment 2 to us.

> In full satisfaction of the Invoices, BPI & Centric agree to pay the sum of $2,052,688.56 (the "Amount Due") in installments (each, an "Installment") pursuant to the payment schedule set forth below:
>
> Installment 1: $762,176.76 on or before August 8, 2025;
>
> **Installment 2: $705636.79 on or before August 15, 2025;**
>
> Installment 3: $362,735.76 on or before August 22, 2025; and
>
> Installment 4: $222,139.25 on or before August 29, 2025;


Sophia Hu|Sales Assistant|Qingdao Carflex Auto Parts Co., Ltd.
10 Dazhonger Road, Jimo, Qingdao, 266200, China.
Tel: +86-532-85581111-204
Mob: +86 15610568398
Website: http://www.carflex.cn

[CARFLEX logo]

**From:** Chung Lee [mailto:Chung.Lee@firstbrandsgroup.com]
**Sent:** Thursday, August 14, 2025 11:25 PM
**To:** Wang, Fiona <fiona.wang@brakepartsinc.com>; sophia.hu <sophia.hu@carflex.cn>
**Cc:** '张世达' <nicholas.cheung@carflex.cn>; '李金星' <wilson.li@carflex.cn>; Yishell Gomez <yishell.gomez@firstbrandsgroup.com>; Zhong, West 仲钊全 <west.zhong@brakepartsinc.com>; R Jyothsna <R.Jyothsna@brakepartsinc.com>; Patricio Lopez <rogeliop.lopez@firstbrandsgroup.com>; '王晓霞' <taurus.wang@carflex.cn>; '张世阳' <nelson.zhang@carflex.cn>
**Subject:** RE: ETA UPDATE CARFLEX TO MDC


Hi team
Below is the remittance

| Invoice # | Invoice Date | Due Date | Currency | Original Amount | Amount USD |
|---|---|---|---|---|---|
| 2501-241101002-50 | 3/11/2024 | 7/9/2024 | USD | 767.40 | 767.4 |
| 2501-241101002-52 | 3/11/2024 | 7/9/2024 | USD | 84,592.10 | 84592.1 |
| SDHCFL24060188/0304-30-1 | 7/17/2024 | 11/14/2024 | USD | 29,293.10 | 29293.1 |
| SDHCFL24070405/0486-38 | 7/25/2024 | 11/22/2024 | USD | 11,469.72 | 11469.72 |
| SDHCFL24070405/0486-36 | 7/25/2024 | 11/22/2024 | USD | 25,914.24 | 25914.24 |
| SDHCFL24070587/0599 | 7/31/2024 | 11/28/2024 | USD | 46,216.42 | 46216.42 |
| SDHCFL24080080 | 8/8/2024 | 12/6/2024 | USD | 4,016.25 | 4016.25 |
| SDHCFL24080078 | 8/8/2024 | 12/6/2024 | USD | 392.00 | 392 |
| SDHCFL24080210 | 8/16/2024 | 12/14/2024 | USD | 2,877.40 | 2877.4 |
| SDHCFL24090203 | 9/13/2024 | 1/11/2025 | USD | 572.41 | 572.41 |
| SDHCFL24090455/0456 | 9/26/2024 | 1/24/2025 | USD | 4,431.19 | 4431.19 |
| SDHCFL24090461 | 9/26/2024 | 1/24/2025 | USD | 1,827.00 | 1827 |
| SDHCFL24090460 | 9/26/2024 | 1/24/2025 | USD | 152.50 | 152.5 |

| Invoice | Invoice Date | Due Date | Currency | Amount | Balance |
|---|---|---|---|---|---|
| SDHCFL24090446 | 9/26/2024 | 1/24/2025 | USD | 237.00 | 237 |
| SDHCFL24090458/0459 | 9/26/2024 | 1/24/2025 | USD | 1,556.26 | 1556.26 |
| SDHCFL24090465/0469 | 9/26/2024 | 1/24/2025 | USD | 25,082.58 | 25082.58 |
| SDHCFL24090462 | 9/26/2024 | 1/24/2025 | USD | 653.42 | 653.42 |
| SDHCFL24090449/0450 | 9/26/2024 | 1/24/2025 | USD | 1,356.60 | 1356.6 |
| SDHCFL24090453/0454 | 9/26/2024 | 1/24/2025 | USD | 1,787.03 | 1787.03 |
| SDHCFL24090447/0448 | 9/26/2024 | 1/24/2025 | USD | 443.00 | 443 |
| SDHCFL24090463 | 9/26/2024 | 1/24/2025 | USD | 2,867.33 | 2867.33 |
| SDHCFL24090464 | 9/26/2024 | 1/24/2025 | USD | 17,125.45 | 17125.45 |
| SDHCFL24090451/0452 | 9/29/2024 | 1/27/2025 | USD | 972.00 | 972 |
| 2501-241016007-3 | 10/18/2024 | 2/15/2025 | USD | 613.20 | 613.2 |
| 2501-241016007-5 | 10/18/2024 | 2/15/2025 | USD | 9,976.63 | 9976.63 |
| 2501-241016007-4 | 10/18/2024 | 2/15/2025 | USD | 15,752.37 | 15752.37 |
| 2501-241016007-6 | 10/18/2024 | 2/15/2025 | USD | 17,690.62 | 17690.62 |
| 2501-241016007-1 | 10/18/2024 | 2/15/2025 | USD | 322.20 | 322.2 |
| 2501-241016007-2 | 10/18/2024 | 2/15/2025 | USD | 1,079.60 | 1079.6 |
| 2501-241021002-1 | 10/23/2024 | 2/20/2025 | USD | 213.00 | 213 |
| 2501-241021002-2 | 10/23/2024 | 2/20/2025 | USD | 221.50 | 221.5 |
| 2501-241021002-5 | 10/23/2024 | 2/20/2025 | USD | 1,285.00 | 1285 |
| 2501-241021002-3 | 10/23/2024 | 2/20/2025 | USD | 1,013.12 | 1013.12 |
| 2501-241021002-4 | 10/23/2024 | 2/20/2025 | USD | 1,768.59 | 1768.59 |
| 2501-241021001-2 | 10/25/2024 | 2/22/2025 | USD | 1,443.00 | 1443 |
| 2501-241021001-1 | 10/25/2024 | 2/22/2025 | USD | 113.19 | 113.19 |
| 2501-241021001-3 | 10/25/2024 | 2/22/2025 | USD | 9,595.12 | 9595.12 |
| 2501-241021001-4 | 10/25/2024 | 2/22/2025 | USD | 2,525.80 | 2525.8 |
| 2501-241025005 | 10/25/2024 | 2/22/2025 | USD | 43,042.53 | 43042.53 |
| XSP241100002 | 11/5/2024 | 3/5/2025 | USD | (41.17) | -41.17 |
| 2501-241112002-3-2 | 11/12/2024 | 3/12/2025 | USD | 16,041.32 | 16041.32 |
| 2501-241112002-3-1 | 11/12/2024 | 3/12/2025 | USD | 188.50 | 188.5 |
| 2501-241112002-2-1 | 11/12/2024 | 3/12/2025 | USD | 420.01 | 420.01 |
| 2501-241112002-2-2 | 11/12/2024 | 3/12/2025 | USD | 45,978.68 | 45978.68 |
| 2501-241115003 | 11/15/2024 | 3/15/2025 | USD | 13,140.94 | 13140.94 |
| 2501-241119005-2 | 11/19/2024 | 3/19/2025 | USD | 164.00 | 164 |
| 2501-241119005-5 | 11/19/2024 | 3/19/2025 | USD | 1,597.07 | 1597.07 |
| 2501-241119005-3 | 11/19/2024 | 3/19/2025 | USD | 573.00 | 573 |
| 2501-241119005-1 | 11/19/2024 | 3/19/2025 | USD | 201.00 | 201 |
| 2501-241119005-6 | 11/19/2024 | 3/19/2025 | USD | 2,843.00 | 2843 |
| 2501-241119005-4 | 11/19/2024 | 3/19/2025 | USD | 1,510.92 | 1510.92 |
| 2501-241126002-2-1 | 11/26/2024 | 3/26/2025 | USD | 58,532.28 | 58532.28 |
| 2501-241126002-2-2 | 11/26/2024 | 3/26/2025 | USD | 652.70 | 652.7 |
| 2501-241126002-3-1 | 11/26/2024 | 3/26/2025 | USD | 17,502.41 | 17502.41 |
| 2501-241126002-3-3 | 11/26/2024 | 3/26/2025 | USD | 1,675.90 | 1675.9 |
| 2501-241126002-3-4 | 11/26/2024 | 3/26/2025 | USD | 19,766.31 | 19766.31 |
| 2501-241126002-3-5 | 11/26/2024 | 3/26/2025 | USD | 3,310.77 | 3310.77 |
| 2501-241126002-3-2 | 11/26/2024 | 3/26/2025 | USD | 12,913.63 | 12913.63 |
| 2501-241126002-1 | 11/26/2024 | 3/26/2025 | USD | 53,986.11 | 53986.11 |
| 2501-241204010-56 | 12/4/2024 | 4/3/2025 | USD | 22,121.46 | 22121.46 |
| 2501-241204010-55 | 12/4/2024 | 4/3/2025 | USD | 8,089.84 | 8089.84 |
| 2501-241204010-54 | 12/4/2024 | 4/3/2025 | USD | 135.00 | 135 |
| 2501-241204010-52 | 12/4/2024 | 4/3/2025 | USD | 24,398.31 | 24398.31 |
| 2501-241204010-53 | 12/4/2024 | 4/3/2025 | USD | 2,057.50 | 2057.5 |
| 2501-241210007-53 | 12/10/2024 | 4/9/2025 | USD | 595.80 | 595.8 |
| 2501-241210007-52 | 12/10/2024 | 4/9/2025 | USD | 2,012.00 | 2012 |
| 2501-241210007-55 | 12/10/2024 | 4/9/2025 | USD | 1,242.90 | 1242.9 |
| 2501-241210007-56 | 12/10/2024 | 4/9/2025 | USD | 4,884.64 | 4884.64 |
| 2501-241210007-57 | 12/10/2024 | 4/9/2025 | USD | 57,131.77 | 57131.77 |
| 2501-241112002-1 | 12/11/2024 | 4/10/2025 | USD | 40,702.22 | 40702.22 |

**From:** Wang, Fiona <fiona.wang@brakepartsinc.com>
**Sent:** Wednesday, August 13, 2025 11:32 PM
**To:** sophia.hu <sophia.hu@carflex.cn>; Chung Lee <Chung.Lee@firstbrandsgroup.com>
**Cc:** '张世达' <nicholas.cheung@carflex.cn>; '李金星' <wilson.li@carflex.cn>; Yishell Gomez <yishell.gomez@firstbrandsgroup.com>; Zhong, West 仲钊全 <west.zhong@brakepartsinc.com>; R Jyothsna <R.Jyothsna@brakepartsinc.com>; Patricio Lopez <rogeliop.lopez@firstbrandsgroup.com>; '王晓霞' <taurus.wang@carflex.cn>; '张世阳' <nelson.zhang@carflex.cn>
**Subject:** RE: ETA UPDATE CARFLEX TO MDC

Hi Chung, AP,

Per below, CARFLEX received $206,279.53 and $579,307.16 lately, could you please help with details? Thanks.

王祯Fiona Wang
Supply Chain Specialist
M: (+86) 13611741974

**From:** sophia.hu <sophia.hu@carflex.cn>
**Sent:** Wednesday, August 13, 2025 9:13 AM
**To:** Chung Lee <Chung.Lee@firstbrandsgroup.com>
**Cc:** '张世达' <nicholas.cheung@carflex.cn>; '李金星' <wilson.li@carflex.cn>; Yishell Gomez <yishell.gomez@firstbrandsgroup.com>; Wang, Fiona <fiona.wang@brakepartsinc.com>; Zhong, West 仲钊全 <west.zhong@brakepartsinc.com>; R Jyothsna <R.Jyothsna@brakepartsinc.com>; Patricio Lopez <rogeliop.lopez@firstbrandsgroup.com>; '王晓霞' <taurus.wang@carflex.cn>; '张世阳' <nelson.zhang@carflex.cn>
**Subject:** RE: ETA UPDATE CARFLEX TO MDC

Hi Chung,

Good day. Well received $206,279.53 today, kindly help to provide the invoice breakdown to us as soon as possible, thank you.

**Sophia Hu|Sales Assistant|Qingdao Carflex Auto Parts Co., Ltd.**
10 Dazhonger Road, Jimo, Qingdao, 266200, China.
Tel: +86-532-85581111-204
Mob: +86 15610568398
Website: http://www.carflex.cn



**From:** Chung Lee [mailto:Chung.Lee@firstbrandsgroup.com]
**Sent:** Tuesday, August 12, 2025 9:56 AM
**To:** sophia.hu <sophia.hu@carflex.cn>
**Cc:** '张世达' <nicholas.cheung@carflex.cn>; '李金星' <wilson.li@carflex.cn>; Yishell Gomez <yishell.gomez@firstbrandsgroup.com>; Wang, Fiona <fiona.wang@brakepartsinc.com>; Zhong, West 仲钊全 <west.zhong@brakepartsinc.com>; R Jyothsna <R.Jyothsna@brakepartsinc.com>; Patricio Lopez <rogeliop.lopez@firstbrandsgroup.com>; '王晓霞' <taurus.wang@carflex.cn>; '张世阳' <nelson.zhang@carflex.cn>
**Subject:** RE: ETA UPDATE CARFLEX TO MDC

Will have finance review the release detail , will update as soon as we find out reason .


Chung

**From:** sophia.hu <sophia.hu@carflex.cn>
**Sent:** Monday, August 11, 2025 5:45 PM
**To:** Chung Lee <Chung.Lee@firstbrandsgroup.com>
**Cc:** '张世达' <nicholas.cheung@carflex.cn>; '李金星' <wilson.li@carflex.cn>; Yishell Gomez <yishell.gomez@firstbrandsgroup.com>; Wang, Fiona <fiona.wang@brakepartsinc.com>; Zhong, West 仲钊全 <west.zhong@brakepartsinc.com>; R Jyothsna <R.Jyothsna@brakepartsinc.com>; Patricio Lopez <rogeliop.lopez@firstbrandsgroup.com>; '王晓霞' <taurus.wang@carflex.cn>; '张世阳' <nelson.zhang@carflex.cn>
**Subject:** RE: ETA UPDATE CARFLEX TO MDC

Hi Chung,

Good day. Well received the amount $579,307.16 today. However, based on our prior communication, we understood that the full payment of $762,176.76 would be processed on 8th August.

Could you please help to clarify the reason for the discrepancy and confirm if the balance amount $182,869.60 will be paid together with the Installment 2 on 15th August?

By the way, please help to provide the invoice breakdown for the amount $579,307.16, thank you.

We look forward to your confirmation.

**Sophia Hu|Sales Assistant|Qingdao Carflex Auto Parts Co., Ltd.**
10 Dazhonger Road, Jimo, Qingdao, 266200, China.
Tel: +86-532-85581111-204
Mob: +86 15610568398
Website: http://www.carflex.cn

**From:** Chung Lee [mailto:Chung.Lee@firstbrandsgroup.com]
**Sent:** Monday, August 11, 2025 11:36 PM
**To:** sophia.hu <sophia.hu@carflex.cn>
**Cc:** '张世达' <nicholas.cheung@carflex.cn>; '李金星' <wilson.li@carflex.cn>; Yishell Gomez <yishell.gomez@firstbrandsgroup.com>; Wang, Fiona <fiona.wang@brakepartsinc.com>; Zhong, West 仲钊全 <west.zhong@brakepartsinc.com>; R Jyothsna <R.Jyothsna@brakepartsinc.com>; Patricio Lopez <rogeliop.lopez@firstbrandsgroup.com>; '王晓霞' <taurus.wang@carflex.cn>
**Subject:** RE: ETA UPDATE CARFLEX TO MDC

Ok, thank you

Chung

**From:** sophia.hu <sophia.hu@carflex.cn>
**Sent:** Monday, August 11, 2025 1:44 AM
**To:** Chung Lee <Chung.Lee@firstbrandsgroup.com>
**Cc:** '张世达' <nicholas.cheung@carflex.cn>; '李金星' <wilson.li@carflex.cn>; Yishell Gomez <yishell.gomez@firstbrandsgroup.com>; Wang, Fiona <fiona.wang@brakepartsinc.com>; Zhong, West 仲钘全 <west.zhong@brakepartsinc.com>; R Jyothsna <R.Jyothsna@brakepartsinc.com>; Patricio Lopez <rogeliop.lopez@firstbrandsgroup.com>; '王晓霞' <taurus.wang@carflex.cn>
**Subject:** RE: ETA UPDATE CARFLEX TO MDC

Hi Chung,

Thanks for your response, we will let you know once received the payment.

**Sophia Hu|Sales Assistant|Qingdao Carflex Auto Parts Co., Ltd.**
10 Dazhonger Road, Jimo, Qingdao, 266200, China.
Tel: +86-532-85581111-204
Mob: +86 15610568398
Website: http://www.carflex.cn



**From:** Chung Lee [mailto:Chung.Lee@firstbrandsgroup.com]
**Sent:** Saturday, August 9, 2025 12:23 AM
**To:** sophia.hu <sophia.hu@carflex.cn>
**Cc:** '张世达' <nicholas.cheung@carflex.cn>; '李金星' <wilson.li@carflex.cn>; Yishell Gomez <yishell.gomez@firstbrandsgroup.com>; Wang, Fiona <fiona.wang@brakepartsinc.com>; Zhong, West 仲钘全 <west.zhong@brakepartsinc.com>; R Jyothsna <R.Jyothsna@brakepartsinc.com>; Patricio Lopez <rogeliop.lopez@firstbrandsgroup.com>; '王晓霞' <taurus.wang@carflex.cn>
**Subject:** RE: ETA UPDATE CARFLEX TO MDC

Hi team
Next Process has released the 1 patch payment on Friday , should take few days .  do let me know once you receive .

Chung

**From:** sophia.hu <sophia.hu@carflex.cn>
**Sent:** Thursday, August 7, 2025 11:52 PM
**To:** Chung Lee <Chung.Lee@firstbrandsgroup.com>
**Cc:** '张世达' <nicholas.cheung@carflex.cn>; '李金星' <wilson.li@carflex.cn>; Yishell Gomez <yishell.gomez@firstbrandsgroup.com>; Wang, Fiona <fiona.wang@brakepartsinc.com>; Zhong, West 仲钘全 <west.zhong@brakepartsinc.com>; R Jyothsna <R.Jyothsna@brakepartsinc.com>; Patricio Lopez <rogeliop.lopez@firstbrandsgroup.com>; '王晓霞' <taurus.wang@carflex.cn>
**Subject:** RE: ETA UPDATE CARFLEX TO MDC

Hi Chung,

Good day. Have you arranged the payment for the **Installment1 $762,176.76** as promised? Please send the bank slip and the breakdown of the payment to us. Thank you.

**Sophia Hu|Sales Assistant|Qingdao Carflex Auto Parts Co., Ltd.**
10 Dazhonger Road, Jimo, Qingdao, 266200, China.
Tel: +86-532-85581111-204
Mob: +86 15610568398
Website: http://www.carflex.cn

**From:** Chung Lee [mailto:Chung.Lee@firstbrandsgroup.com]
**Sent:** Monday, June 30, 2025 11:11 PM
**To:** 王晓霞 <taurus.wang@carflex.cn>
**Cc:** 张世达 <nicholas.cheung@carflex.cn>; 李金星 <wilson.li@carflex.cn>; 胡佳佳 <sophia.hu@carflex.cn>; Yishell Gomez <yishell.gomez@firstbrandsgroup.com>; Wang, Fiona <fiona.wang@brakepartsinc.com>; Zhong, West 仲钊全 <west.zhong@brakepartsinc.com>; R Jyothsna <R.Jyothsna@brakepartsinc.com>; Patricio Lopez <rogeliop.lopez@firstbrandsgroup.com>
**Subject:** RE: ETA UPDATE CARFLEX TO MDC

Hi Taurus
Let me inform finance and team on the urgency , will inform them that 500K is needed to get account off hold . will update as soon as we can


Chng


**From:** 王晓霞 <taurus.wang@carflex.cn>
**Sent:** Monday, June 30, 2025 5:09 AM
**To:** Chung Lee <Chung.Lee@firstbrandsgroup.com>
**Cc:** 张世达 <nicholas.cheung@carflex.cn>; 李金星 <wilson.li@carflex.cn>; 胡佳佳 <sophia.hu@carflex.cn>; Yishell Gomez <yishell.gomez@firstbrandsgroup.com>; Wang, Fiona <fiona.wang@brakepartsinc.com>; Zhong, West 仲钊全 <west.zhong@brakepartsinc.com>; R Jyothsna <R.Jyothsna@brakepartsinc.com>; Patricio Lopez <rogeliop.lopez@firstbrandsgroup.com>
**Subject:** Re: ETA UPDATE CARFLEX TO MDC

Hello Chung,


It has been two weeks since our last communication. I was wondering if there's any positive update regarding the payment? Currently, we're under immense pressure due to critical cash flow needs. Could you please urgently liaise with the finance department and ensure that at least $500,000 is transferred by the end of this week? Your prompt assistance would be greatly appreciated.


Best regards

Taurus


------------------ Original ------------------
**From:** Chung Lee <Chung.Lee@firstbrandsgroup.com>
**Date:** Fri,Jun 13,2025 4:46 PM
**To:** taurus.wang <taurus.wang@carflex.cn>
**Cc:** 'Nicholas.Cheung' <nicholas.cheung@carflex.cn>, 'Wilson. Li' <wilson.li@carflex.cn>, 'sophia.hu' <sophia.hu@carflex.cn>, Yishell Gomez <yishell.gomez@firstbrandsgroup.com>, Wang, Fiona <fiona.wang@brakepartsinc.com>, Zhong, West 仲钊全 <west.zhong@brakepartsinc.com>, R Jyothsna <R.Jyothsna@brakepartsinc.com>, Patricio Lopez <rogeliop.lopez@firstbrandsgroup.com>
**Subject:** Re: ETA UPDATE CARFLEX TO MDC


Hi Taurus

We have escalated and are waiting for the release date , finance and team is aware of the urgency that you and our team is facing . We will continue to push until we get this resolved. Will keep you updated


Chung


Get Outlook for iOS

**From:** taurus.wang <taurus.wang@carflex.cn>
**Sent:** Thursday, June 12, 2025 11:45 PM
**To:** Chung Lee <Chung.Lee@firstbrandsgroup.com>
**Cc:** 'Nicholas.Cheung' <nicholas.cheung@carflex.cn>; 'Wilson. Li' <wilson.li@carflex.cn>; 'sophia.hu' <sophia.hu@carflex.cn>; Yishell Gomez <yishell.gomez@firstbrandsgroup.com>; Wang, Fiona <fiona.wang@brakepartsinc.com>; Zhong, West 仲钊全 <west.zhong@brakepartsinc.com>; R Jyothsna <R.Jyothsna@brakepartsinc.com>; Patricio Lopez <rogeliop.lopez@firstbrandsgroup.com>
**Subject:** Re: ETA UPDATE CARFLEX TO MDC

Hello Chung,

Is there any good news about the payment? We now are facing significant financial pressure, please help to push the top management to approve our payment request ASAP, thank you.

Best Regards!

**Taurus Wang|Manager of Sales Department|Qingdao Carflex Auto Parts Co., Ltd.**
10 Dazhonger Road, Jimo, Qingdao, 266200, China.
Tel: +86-532-85581111-201
Mob: +86 15092058304
Website: http://www.carflex.cn



**发件人:** taurus.wang [mailto:taurus.wang@carflex.cn]
**发送时间:** 2025年6月11日 11:38
**收件人:** 'Chung Lee'
**抄送:** 'Nicholas.Cheung'; 'Wilson. Li'; 'sophia.hu'; 'Yishell Gomez'; 'Wang, Fiona'; 'Zhong, West 仲钊全'; 'R Jyothsna'; 'Patricio Lopez'
**主题:** Re: ETA UPDATE CARFLEX TO MDC

Hello Chung,

Thanks for your support on submitting the payment schedule. Do you have any idea why you still haven't got the confirmation from finance team?

Our request is to receive 600K within this week, and receive the rest by next week. Please forward our requirement to your finance team and advice the reply, thank you.

Best Regards!

**Taurus Wang|Manager of Sales Department|Qingdao Carflex Auto Parts Co., Ltd.**
10 Dazhonger Road, Jimo, Qingdao, 266200, China.
Tel: +86-532-85581111-201
Mob: +86 15092058304
Website: http://www.carflex.cn



**发件人:** Chung Lee [mailto:Chung.Lee@firstbrandsgroup.com]
**发送时间:** 2025年6月10日 22:06
**收件人:** taurus.wang
**抄送:** 'Nicholas.Cheung'; 'Wilson. Li'; 'sophia.hu'; Yishell Gomez; Wang, Fiona; Zhong, West 仲钊全; R Jyothsna; Patricio Lopez
**主题:** RE: ETA UPDATE CARFLEX TO MDC
Hi Carflex team
We have submitted the pay plan to finance and team at the end of May , covering  the 900K, to spread the payment out  in June , we are waiting for the confirmation from finance and team as soon as we have confirm release , we will update team .
Will keep close watch and resolve this as soon as we can
Chung
**From:** taurus.wang <taurus.wang@carflex.cn>
**Sent:** Tuesday, June 10, 2025 2:32 AM
**To:** Chung Lee <Chung.Lee@firstbrandsgroup.com>
**Cc:** 'Nicholas.Cheung' <nicholas.cheung@carflex.cn>; 'Wilson. Li' <wilson.li@carflex.cn>; 'sophia.hu' <sophia.hu@carflex.cn>; Yishell Gomez <yishell.gomez@firstbrandsgroup.com>; Wang, Fiona <fiona.wang@brakepartsinc.com>; Zhong, West 仲钊全 <west.zhong@brakepartsinc.com>; R Jyothsna <R.Jyothsna@brakepartsinc.com>; Patricio Lopez <rogeliop.lopez@firstbrandsgroup.com>
**Subject:** Re: ETA UPDATE CARFLEX TO MDC
Hello Chung,

It has been two weeks since our last discussion on the payment plan, and we regret to inform you that the overdue payment has not been made as promised. As of today, the outstanding amount of the overdue payment has **exceeded US$1,000,000**, which has not only caused significant impact on our company's cash flow but also seriously damaged the long-term cooperative relationship between us and affected your company's credit standing.

In accordance with the previous notice, our company will levy interest on overdue payments starting from June (please refer to the attachment). The total interest accrued as of today is **US$36,411**, and this amount is increasing on a daily basis. Additionally, our senior management is evaluating the readjustment of your payment terms. If we do not receive your positive feedback regarding the payment arrangement within this week, we will have to adjust the payment terms to "100% payment before delivery". Please be informed.

We hope that your company will attach importance to this matter, implement the payment as soon as possible, and communicate with us about the solution to avoid further damage to the cooperative relationship. Looking forward to your prompt reply.

Best Regards!

**Taurus Wang|Manager of Sales Department|Qingdao Carflex Auto Parts Co., Ltd.**
10 Dazhonger Road, Jimo, Qingdao, 266200, China.
Tel: +86-532-85581111-201
Mob: +86 15092058304
Website: http://www.carflex.cn



**发件人:** taurus.wang [mailto:taurus.wang@carflex.cn]
**发送时间:** 2025年5月23日 15:25
**收件人:** 'Chung Lee'
**抄送:** 'Nicholas.Cheung'; 'Wilson. Li'; 'sophia.hu'; 'Yishell Gomez'; 'Wang, Fiona'; 'Zhong, West 仲钊全'; 'R Jyothsna'; 'rogeliop.lopez@firstbrandsgroup.com'
**主题:** Re: ETA UPDATE CARFLEX TO MDC
Hello Chung,

As of now, the overdue payment has accumulated to over USD 800,000, among which USD 170,000 has been overdue for more than 100 days. This has seriously violated the payment terms agreed upon by both FBG and Carflex and caused a substantial impact on our capital turnover.

After resolution by our senior management, interest will be charged on all overdue payments in full from June 1, 2025, until the full payment is made. The specific interest calculation standards are as follows:

| Overdue Days | ≤30 days | 30~90 days | 91~180 days | ≥181 days |
|---|---|---|---|---|
| Interest rate | 0% | 3.50% | 6.00% | 10.00% |

Please immediately consult with your finance team to confirm our interest charging requirements in writing and submit a detailed payment plan for the overdue amount by May 26, 2025. If your company fails to complete the confirmation within the specified time limit or provide a feasible payment plan, Carflex will assume that FBG agrees to our interest charging requirements and will take further legal measures to safeguard our legitimate rights and interests, and all consequences and expenses arising therefrom will be borne by FBG.

We urge your company to attach great importance to this matter and actively cooperate with the resolution to avoid affecting the follow-up cooperation between the two parties. Thank you.

Best Regards!

**Taurus Wang|Manager of Sales Department|Qingdao Carflex Auto Parts Co., Ltd.**
10 Dazhonger Road, Jimo, Qingdao, 266200, China.
Tel: +86-532-85581111-201
Mob: +86 15092058304
Website: http://www.carflex.cn



**发件人:** Chung Lee [mailto:Chung.Lee@firstbrandsgroup.com]
**发送时间:** 2025年5月23日 10:26
**收件人:** sophia.hu; Yishell Gomez; Zhong, West 仲钏全; Wang, Fiona
**抄送:** 'Nicholas.Cheung'; 'Wilson. Li'; 'taurus.wang'
**主题:** RE: ETA UPDATE CARFLEX TO MDC
Hi Sophia
Will review this with Finance and team on the coming pay plan , will keep you updated once we have the confirmation
Chung
**From:** sophia.hu <sophia.hu@carflex.cn>
**Sent:** Thursday, May 22, 2025 6:37 PM
**To:** Yishell Gomez <yishell.gomez@firstbrandsgroup.com>; Zhong, West 仲钏全 <west.zhong@brakepartsinc.com>; Wang, Fiona <fiona.wang@brakepartsinc.com>; Chung Lee <Chung.Lee@firstbrandsgroup.com>
**Cc:** 'Nicholas.Cheung' <nicholas.cheung@carflex.cn>; 'Wilson. Li' <wilson.li@carflex.cn>; 'taurus.wang' <taurus.wang@carflex.cn>
**Subject:** RE: ETA UPDATE CARFLEX TO MDC

Hi Yishell,

Good day. Please see my reply as the column highlight in green for your reference, most of the orders have been completed. However, we still have an outstanding overdue amount $850,284.62 that remains unpaid, please see attachment for your reference.

Since the beginning of April, we have put a temporary hold on further shipments as per our company's policy regarding overdue payments. We kindly ask you to assist us in urging your finance department to process the payment at the earliest convenience.

As soon as we receive the overdue payment, we will immediately arrange for the prompt delivery of your products.

Thank you for your understanding and cooperation. If you have any questions or need further clarification, please feel free to contact me.

**Sophia Hu|Sales Assistant|Qingdao Carflex Auto Parts Co., Ltd.**
10 Dazhonger Road, Jimo, Qingdao, 266200, China.
Tel: +86-532-85581111-204
Mob: +86 15610568398
Website: http://www.carflex.cn



**From:** Yishell Gomez [mailto:yishell.gomez@firstbrandsgroup.com]
**Sent:** Thursday, May 22, 2025 10:27 AM
**To:** sophia.hu <sophia.hu@carflex.cn>
**Subject:** ETA UPDATE CARFLEX TO MDC
    Hello, Sophia.
Can you please help me with your comments in the attached file?
Your feedback is very important since I use it to communicate the risks of not receiving your material.
Thanks a lot!
Regards.
**Yishell Gomez**
Planning Analyst
yishell.gomez@firstbrandsgroup.com

