**CARFLEX**     **Qingdao Carflex Auto Parts Co., Ltd.**

# Payment Delinquency Demand Notice

To: Legal Department of First Brands Group

From: Qingdao Carflex Auto Parts Co.,Ltd.

Date: August 27, 2025

Reference Number: FK-20250827-001

Subject: Demand for Payment Regarding Delinquency Under the Payment Plan Signed on July 11, 2025

## I. Basis of Contract and Payment Plan

Pursuant to the Payment Plan mutually confirmed by both parties on July 11,2025(see attachment), your company is obligated to fulfill the payment obligations as follows:

1. Total amount specified in the Payment Plan: $2,052,688.56;
2. Current payment due from your company as of the date of this notice: $1,068,372.55;
3. Scheduled payment date for the aforementioned amount: $705,636.79 on or before August 15 and 362,735.76 on or before August 22,2025.

## II. Statement of Payment Delinquency Facts

As of the date of this notice, our company has not received the aforementioned current payment from your company, which constitutes a "payment delinquency breach" as stipulated in Article 2 of the Payment Plan. The specific details of the delinquency are as follows:

- Amount of current due payment: $1,068,372.55;
- Scheduled payment date: August 12, 2025 and August 22, 2025;
- Actual number of delinquent days: 15 days.

## III. Our Requirements and Follow-Up Arrangements

To avoid further damage to the interests of both parties, our company hereby notifies your company to complete the following matters within 3 business days upon receipt of this notice (i.e., by September 1, 2025):

1. Make the payment of the principal amount of the current delinquent payment $1,068,372.55 to our company;
2. Make the payment of the estimated delinquent damages$0 up to the date of this notice to our company;

Please remit the payment to our company's following bank account:

# CARFLEX  Qingdao Carflex Auto Parts Co., Ltd.

- Issuing Bank: Bank Of Qingdao
- Bank Account Number: 802210200923068
- Account Name: QINGDAO CARFLEX AUTO PARTS CO., LIMITED

## IV. Special Statement

1. The content of this notice does not constitute a waiver of any rights by our company. Our company reserves the right to pursue your company's full liability for breach of contract in accordance with contractual agreements, relevant international treaties, and legal provisions;

2. If your company fails to fulfill the payment obligation within the aforementioned period, our company will take further legal measures in accordance with the law, including but not limited to sending a lawyer's letter and initiating international arbitration/cross-border litigation. In such cases, your company shall bear full legal liability and all costs incurred by our company for enforcing rights. In international commercial dispute resolution, whether through international arbitration or cross-border litigation, the breaching party will face adverse consequences and shall bear the reasonable enforcement costs of the prevailing party;

3. Please provide our company with a written confirmation letter (with your company's official seal affixed) within 2 business days upon receipt of this notice, confirming the receipt of this notice and notifying the follow-up performance plan. The written confirmation letter may be sent to our designated email address: taurus.wang@carflex.

**Issuing Party: Qingdao Carflex Auto Parts Co.,Ltd.**

**Legal Representative (Signature):**

*[signature]* 08/27/2025.

**Acknowledged and Accepted:**

**First Brands Group**

**By:**